**Joshua FLUELLEN, Plaintiff—
Appellant,**

v.

**Franklin M. EPSTEIN, Neurosurgeon
at Aiken Regional Medical Center; L.
Guevara, Assistant Health Service Ad-
ministrator at FCI–Edgefield; J.A.
Serrano, MD and Clinical Director at
FCI–Edgefield; Fuertes Rosario,
Health Service Administrator at Fci–
Edgefield, Defendants—Appellees.**

No. 03–7480.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 23, 2003.

Joshua Fluellen, Appellant pro se.
Richard Carson Thomas, Barnes, Alford,
Stork & Johnson, Columbia, South Car-
olina; Raymond Emery Clark, Assistant
United States Attorney, Barbara Murcier
Bowens, Office of the United States Attor-
ney, Columbia, South Carolina, for Appel-
lees.

Before NIEMEYER and MOTZ, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Joshua Fluellen appeals the district
court's order and judgment adopting the
magistrate judge's report and recommen-
dation, granting summary judgment to the
Defendants and dismissing his claim of
deliberate indifference to a serious medical
need. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *See Fluellen v. Epstein,* No.
CA–02–2091 (D.S.C. Aug. 21, 2003). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*